**Minnie MILLER, Carl Miller and Ralph W. Miller, Individually and as Co-partners Doing Business under the Trade Name of Charles L. Miller Dairy, Appellants, v. UNITED STATES of America, Appellee.**

**No. 8833.**

Circuit Court of Appeals, Sixth Circuit.

April 10, 1941.

Michael C. Lacinak, of Cincinnati, Ohio, for appellants.

Calvin Crawford, of Dayton, Ohio, and John S. L. Yost, of Washington, D. C., for appellee.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellants, it is ordered that the appeal herein be and the same is dismissed.